# United States District Court for the Northern District of Illinois

Case Number: 08CV3038     Assigned/Issued By: DAJ

Judge Name: DARRAH     Designated Magistrate Judge: NOLAN

## FEE INFORMATION

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

## ISSUANCES

☑ Summons     ☐ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets     _____
☐ Writ _____     (Victim, Against and $ Amount)
(Type of Writ)

_1_ Original and _0_ copies on _05/28/08_ as to NAVISTAR INTERNATIONAL CORPORATION.
(Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05