AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Ravi P. Rawat,

Plaintiff

V.

Navistar International Corporation,

Defendant.

CASE NUMBER: **08 C 3038**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE DARRAH
MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

Navistar International Corporation
4201 WINFIELD ROAD
POST OFFICE BOX 1488
WARRENVILLE IL 60555

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Clinton A. Krislov
Krislov & Associates, Ltd.
20 North Wacker Drive, Suite 1350
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

-------------------------------------
(By) DEPUTY CLERK



May 28, 2008
-------------------------------------
Date

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RAVI P. RAWAT** <br><br> PLAINTIFF(S) <br><br> vs. <br><br> **NAVISTAR INTERNATIONAL CORPORATION** <br><br> DEFENDANT(S) | COURT DATE: <br><br> Case No. <br> **08 C 3038** <br><br><br> SERVICE DOCUMENTS: <br> **SUMMONS; CIVIL CASE COVER SHEET; CLASS ACTION COMPLAINT; EXHIBIT A PART 1; EXHIBIT A PART 2; EXHIBIT B; APPEARANCE OF CLINTON A. KRISLOV** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 29, 2008**, at **11:37 AM**, I served the above described documents upon **NAVISTAR INTERNATIONAL CORPORATION** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JUDY BACHLEDA / DESIGNATED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **4201 WINFIELD RD, WARRENVILLE, IL 60555.**

**DESCRIPTION:** Gender: **F**   Race: **WHITE**   Age: **52**   Hgt: **5'5"**   Wgt: **150**   Hair: **BROWN**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*/s/ Robert P. Fairbanks/*

**Robert D Fairbanks**, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 29th day of May, 2008

*/s/ Joan C. Harenberg/*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME: | ORIGINAL PROOF OF SERVICE | TRACKING # |
|---|---|---|
| **Krislov & Associates** <br> FILE #: | | **38892** |

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date                  Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.