## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **RAVI P. RAWAT, on behalf of himself and others similarly situated,** | ) ) ) |
| Plaintiff, | ) Case No. 08-cv-03038 ) ) |
| v. | ) Judge John W. Darrah ) |
| **NAVISTAR INTERNATIONAL CORPORATION,** | ) Magistrate Judge Nan R. Nolan ) ) |
| Defendant. | ) ) ) |

## NOTIFICATION AS TO AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the General Rules of the United States District Court for the Northern District of Illinois, Defendant Navistar International Corporation hereby discloses that it has no publicly held affiliates, as that term is defined under Local Rule 3.2.

Dated: June 18, 2008

Respectfully submitted,

/s/Cary R. Perlman
One of the Attorneys for Defendant
Navistar International Corporation

Laurence H. Levine
Maaike S. Almeida
LAURENCE H. LEVINE LAW OFFICES
190 South LaSalle Street, Suite 3120
Chicago, Illinois 60603
Phone: (312) 291-7000
Fax: (312) 291-7015

Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Robert C. Levels
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767

CH\1033927.2