IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAVI P. RAWAT, on behalf of himself and others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 08-cv-03038<br>)<br>) |
| v. | ) Judge John W. Darrah<br>) |
| NAVISTAR INTERNATIONAL CORPORATION, | ) Magistrate Judge Nan R. Nolan<br>)<br>) |
| Defendant. | )<br>) |

**NAVISTAR INTERNATIONAL CORPORATION'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 6(b), Defendant Navistar International Corporation ("Navistar") hereby moves this Court for an extension of time, to and including July 8, 2008, for Navistar to answer or otherwise respond to Plaintiff's Complaint.

1. Plaintiff filed his Complaint with this Court on May 23, 2008. The Complaint was served on Navistar on May 29, 2008.

2. Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(a), a defendant must serve an answer or otherwise respond to a complaint within 20 days after being served with the summons and complaint. Accordingly, Navistar's response is due on or before June 18, 2008.

3. On June 11, 2008, Navistar's counsel contacted Plaintiff's counsel, Clinton A. Krislov, and requested an extension of time to and including July 8, 2008 to respond to the Complaint. On June 13, 2008, Mr. Krislov indicated that Plaintiff has no objection to the extension.

WHEREFORE, Navistar respectfully requests that this Court grant Navistar's Unopposed Motion for Extension of Time to and including July 8, 2008 for Navistar to answer or otherwise

2

respond to Plaintiff's Complaint. Navistar further requests whatever other relief the Court deems appropriate.

Dated: June 18, 2008                                     Respectfully submitted,

/s/Cary R. Perlman
One of the Attorneys for Defendant
Navistar International Corporation

Laurence H. Levine                              Cary R. Perlman
Maaike S. Almeida                               Mark S. Mester
LAURENCE H. LEVINE LAW OFFICES                  Robin M. Hulshizer
190 South LaSalle Street, Suite 3120            Robert C. Levels
Chicago, Illinois 60603                         LATHAM & WATKINS LLP
Phone: (312) 291-7000                           Sears Tower, Suite 5800
Fax: (312) 291-7015                             233 South Wacker Drive
                                                Chicago, Illinois 60606
                                                Phone: (312) 876-7700
                                                Fax: (312) 993-9767