**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RAVI P. RAWAT, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 08-cv-03038 |
| ) | |
| v. ) | Judge John W. Darrah |
| ) | |
| NAVISTAR INTERNATIONAL CORPORATION, ) ) | Magistrate Judge Nan R. Nolan |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on June 24, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge John W. Darrah of the United States District Court for the Northern District of Illinois, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and will then and there present **NAVISTAR INTERNATIONAL CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME,** a copy of which is enclosed herewith.

Dated:  June 18, 2008

Respectfully submitted,

/s/Cary R. Perlman
One of the Attorneys for Defendant
Navistar International Corporation

Laurence H. Levine
Maaike S. Almeida
LAURENCE H. LEVINE LAW OFFICES
190 South LaSalle Street, Suite 3120
Chicago, Illinois  60603
Phone: (312) 291-7000
Fax: (312) 291-7015

Cary R. Perlman
Mark S. Mester
Robin M. Hulshizer
Robert C. Levels
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 876-7700
Fax: (312) 993-9767