## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3038 | **DATE** | 6/24/08 |
| **CASE TITLE** | Rawat v. Navistar International Corporation | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for extension of time [11] is granted. Defendant has until 7/8/08 to answer or otherwise plead.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|