IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAVI P. RAWAT, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NAVISTAR INTERNATIONAL CORPORATION,<br><br>Defendant. | No. 08-3038<br><br>Honorable John W. Darrah |

## NOTICE OF EMERGENCY MOTION

To:

Robin Hulshizer
Cary R. Perlman
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Laurence Harvey Levine
Laurence H. Levine Law Offices
190 South LaSalle
Suite 3120
Chicago, IL 60603
312 927 0625

　　　Please take notice that on June 26, 2008 at 9:30 a.m. or as soon as counsel may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in the courtroom usually occupied by him in Room 1203 of the United States District Court, Northern District of Illinois 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff=s EMERGENCY MOTION FOR A PROTECTIVE ORDER TO PREVENT DEFENDANT FROM CONTACTING PUTATIVE CLASS MEMBERS.

Dated: June 26, 2008

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Clinton A. Krislov
　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff=s attorney

Clinton A. Krislov
Jeffrey M. Salas
KRISLOV & ASSOCIATES, LTD.
20 North Wacker Drive, Suite 1350
Chicago, Illinois  60606
Tel.:  (312) 606-0500

Fax: (312) 606-0207

Case 1:08-cv-03038    Document 19    Filed 06/26/2008    Page 2 of 3

**PROOF OF SERVICE**

      I, Jeffrey M. Salas, an attorney, state that I caused a copy of the foregoing Notice of Motion and attached Motion to be delivered via the Court's Electronic Case Filing System on Thursday, June 26, 2008 to the counsel below.

                                                  /s/ Jeffrey M. Salas_____
                                                  Attorney for Plaintiff

Robin Hulshizer
Cary R. Perlman
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Laurence Harvey Levine
Laurence H. Levine Law Offices
190 South LaSalle
Suite 3120
Chicago, IL 60603
312 927 0625