Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3038 | **DATE** | 6/30/2008 |
| **CASE TITLE** | Ravi B. Rawat vs. Navistar International Corp. | | |

**DOCKET ENTRY TEXT**

Plaintiff's emergency motion for a protective order [18] is granted in part and denied in part. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|