## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RAVI P. RAWAT, on behalf of himself and others similarly situated, | ) ) ) |
| | ) Case No. 08-cv-03038 |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge John W. Darrah |
| | ) |
| NAVISTAR INTERNATIONAL CORPORATION, | ) Magistrate Judge Nan R. Nolan ) |
| | ) |
| Defendant. | ) ) |

### ORDER

WHEREAS, having considered Ravi P. Rawat's Emergency Motion for a

Protective Order to Prevent Defendant from Contacting Putative Class Members and

Soliciting Releases, it is HEREBY ORDERED:

The motion is granted in part and denied in part. Defendant is to send corrective notice to

the putative class in the form attached hereto as Exhibit A.

SO ORDERED this 30th day of June, 2008.

JUN 3 0 2008

John W. Darrah
United States District Court Judge

# EXHIBIT A



Navistar, Inc.
4201 Winfield Road
Warrenville, IL 60555  USA

Annette M. Freund
Vice President,
Compensation, Benefits
and HR Support

P : 630-753-3052
W : navistar.com

June 27, 2008

## NOTICE:  THIS MAY AFFECT YOUR LEGAL RIGHTS

To all recipients of the June 20, 2008 letter from Annette Freund, Vice President, Compensation, Benefits and HR Support of Navistar International Corporation:

Dear _____:

You received a letter offering a cash payment and soliciting your release of claims relating to Navistar Stock Options.

Releases sent to the Company before August 1, 2008 will not be effective until August 1, 2008.  Anyone who had previously sent releases to the Company may reconsider your release until August 1, 2008.  If you choose to reconsider, you have until August 1, 2008 to deliver a revocation to Mr. Howard Kuppler, Navistar International Corporation, 4201 Winfield Road, P.O. Box 1488, Warrenville, IL 60555.

A class action case, *Rawat v. Navistar Int'l Corp.*, 08cv3038 (N.D. Ill.), seeks to certify a class consisting of persons with vested stock options that expired during the period when trading restrictions were in place.  The lawsuit claims that Navistar is obligated to compensate you for any resulting harm because of your inability to exercise your options before they expired.

For any inquires regarding *Rawat v. Navistar Int'l Corp.*, you may contact the following counsel:

**Clinton A. Krislov, Esq.**
**KRISLOV & ASSOCIATES, LTD**
**Civic Opera Building**
**20 North Wacker Drive, Suite 1350**
**Chicago, IL 60606**
**Phone: (312) 606-0500**
**Fax:    (312) 606-0207**
clint@krislovlaw.com

You may also contact legal counsel of your choice.

*Annette*