## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3038 | **DATE** | 7/2/08 |
| **CASE TITLE** | Rawat v. Navistar | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to dismiss [20, 21] is entered and continued. Defendant's brief due 7/9/08, Response 8/1/08, Reply 8/15/08. Status hearing set for 9/25/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:08-cv-03038 Document 24 Filed 07/02/2008 Page 1 of 1