

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 CV 3038

RAVI P. RAWAT, on behalf of himself and others similarly situated, Plaintiff,

v.

NAVISTAR INTERNATIONAL CORPORATION, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

RAVI P. RAWAT, on behalf of himself and others similarly situated, Plaintiff.

FILED JUL X 7 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>MARK J. BAIOCCHI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark J. Baiocchi | |
| FIRM<br>The Law Offices of Mark J. Baiocchi | |
| STREET ADDRESS<br>184 Shuman Blvd. Suite 250 | |
| CITY/STATE/ZIP<br>Naperville, IL 60563 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6186683 | TELEPHONE NUMBER<br>630-983-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |