IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RAVI P. RAWAT, on behalf of himself and others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>NAVISTAR INTERNATIONAL CORPORATION,<br><br>       Defendant. | No. 08-3038<br><br>Judge John W. Darrah |

NOTICE OF FILING

To:   All Counsel of Record
      (See Attached Service List)

       PLEASE TAKE NOTICE that on August 1, 2008 Plaintiff filed Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, copy of which is attached.

Dated:   August 1, 2008

                                        Respectfully submitted,


                                        By:___s/Jeffrey M. Salas_____
                                               Attorney for Plaintiff

Clinton A. Krislov
Jeffrey M. Salas
KRISLOV & ASSOCIATES, LTD.
20 N. Wacker Dr., Suite 1350
Chicago, Illinois  60606
Tel.:   312-606-0500
Fax:   312-606-0207

## CERTIFICATE OF SERVICE

I, Jeffrey M. Salas, an attorney, state that I caused a copy of Plaintiff's Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction to be delivered via the Court's Electronic Case Filing System on August 1, 2008 to the counsel below.

                                                __s/Jeffrey M. Salas_____
                                                Attorney for Plaintiff

*SERVICE LIST:*

Robin Hulshizer
Cary R. Perlman
Latham & Watkins LLP
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606
(312) 876-7700

Laurence Harvey Levine
Laurence H. Levine Law Offices
190 South LaSalle
Suite 3120
Chicago, IL 60603
312 927 0625